

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00083-CV

| | | |
|---|---|---|
| Charles "Chuck" Bayne | § | From the 43rd District Court |
| | § | of Parker County (CV-12-0187) |
| v. | | |
| | § | July 18, 2013 |
| The State of Texas | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM